# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA

## COURT OF APPEAL

## FIRST CIRCUIT

## NO. 2018 CA 1215

## FLORIDA GAS TRANSMISSION COMPANY, LLC

## VERSUS

## TEXAS BRINE COMPANY, LLC, ET AL.

Judgment Rendered: **SEP 2 7 2019**

* * * * *

On Appeal from
The 23rd Judicial District Court,
Parish of Assumption, State of Louisiana
Trial Court No. 34316
The Honorable Thomas J. Kliebert Jr., Judge Presiding

* * * * *

Leopold Z. Sher
James M. Garner
Peter L. Hilbert Jr.
Jeffrey D. Kessler
New Orleans, Louisiana

Robert Ryland Percy III
Gonzales, Louisiana

Travis J. Turner
Gonzales, Louisiana

Attorneys for Appellant/Defendant,
Texas Brine Company, LLC

Mary S. Johnson
Mandeville, Louisiana

Chad J. Mollere
Nichole M. Gray
New Orleans, Louisiana

Attorneys for Appellees/Third-Party
Defendants,
AIG Specialty Insurance Company,
New Hampshire Insurance Company,
and National Union Fire Insurance
Company of Pittsburgh, PA

* * * * *

BEFORE: GUIDRY, McDONALD, AND CRAIN, JJ.

**CRAIN, J.**

Texas Brine Company, LLC, appeals a January 31, 2018 judgment granting declinatory exceptions of *lis pendens* filed by AIG Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and New Hampshire Insurance Company (collectively, Oxy Insurers), as alleged insurers of Occidental Chemical Corporation, Occidental Petroleum Corporation, and/or Oxy USA, Inc. The judgment dismissed Texas Brine's claims against the Oxy Insurers without prejudice "in favor of the first-filed set of claims and demands pending in . . . *Gustave J. LaBarre, Jr., et al. versus Occidental Chemical Company, et al.*, Docket No. 33,796, 23rd Judicial District Court, Parish of Assumption, State of Louisiana."

The arguments presented by Texas Brine herein were addressed in a related appeal decided by this circuit, *Crosstex Energy Services, LP v. Texas Brine Company, LLC*, 18-1323 (La. App. 1 Cir. 8/8/19), ___ So. 3d ___ (2019WL3757601), which affirmed a similar judgment granting declinatory exceptions of *lis pendens* filed by the Oxy Insurers. Following *Crosstex Energy Services*, we affirm the January 31, 2018 judgment. This memorandum opinion is issued in accordance with Uniform Rules—Courts of Appeal, Rule 2-16.1B. All costs of this appeal are assessed to Texas Brine.

**AFFIRMED.**